IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAN HENRY TIJERINA SR., | **DISMISSAL ORDER & MEMORANDUM DECISION** |
| Plaintiff, | |
| v. | Case No. 2:08-CV-968 TS |
| TOM PATTERSON et al., | District Judge Ted Stewart |
| Defendants. | |

Plaintiff, Dan Henry Tijerina Sr., filed a *pro se* prisoner civil rights complaint and now moves to dismiss it without prejudice. Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the plaintiff's request."

IT IS HEREBY ORDERED that Plaintiff's motion to dismiss his complaint without prejudice is GRANTED. This case is CLOSED.

DATED this 23rd day of May, 2011.

BY THE COURT:

_____
CHIEF JUDGE TED STEWART
United States District Court